| PROB 22 (Rev. 8/97) | **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Tran. Court)* 7:07CR01353-001 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* 08CR 492 |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: MARINA MANJARREZ-ESCOBAR | DISTRICT SOUTHERN DISTRICT OF TEXAS | DIVISION McALLEN JUDGE SHADUR | |
| | NAME OF SENTENCING JUDGE RANDY CRANE | MAGISTRATE JUDGE BROWN | |
| | DATES OF SUPERVISED RELEASE: | FROM 04/28/2008 | TO 04/27/2010 |

**OFFENSE**

Conspiracy to transport an alien within the U.S., in violation of 8 U.S.C. § 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF TEXAS - McALLEN DIVISION</u>

It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the Northern District of Illinois, Chicago Division, on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. § 3605.

FILED
JUN 2 3 2008
June 23, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

June 9, 2008
Date

*Randy Crane*
Randy Crane
United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>NORTHERN DISTRICT OF ILLINOIS</u>

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

JUN 1 9 2008
Effective Date

United States District Judge