# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604
### June 25, 2008

**MICHAEL W. DOBBINS**

312-435-5698

Ms. Ludivina I. Cervantes
United States District Court
1011 Bentsen Tower
1701 West Business Highway 83
McAllen, TX 78501

M-07-CR-1353

CLERK U.S. DISTRICT COURT
RECEIVED
JUN 3 0 2008
SOUTHERN DIST. OF TEXAS
McALLEN, TEXAS

Dear Clerk:

**Re:     USA  vs. Marina Manjarrez-Escobar**

Our Case Number: 08 cr 492

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding, Marina Manjarrez-Escobar,  which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with  the enclosed copy of this letter to the United States District Court at the above address.  Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by: _____
Deputy Clerk

Enclosure

# FILED

### JUL 1 6 2008

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS-McALLEN DIVISION**
**OFFICE OF THE CLERK**
**1701 W. Bus. Hwy 83, Suite 1011**
**McAllen, Texas 78501**
**(956) 618-8065**

**July 9, 2008**

Michael N. Milby
    Clerk


Clerk/Court Administrator
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Ill 60604


      RE: U.S.A. v Marina Manjarrez-Escobar
          Our No. 7:07-CR-1353

Enclosed herewith please find certified copies of the Transfer of Jurisdiction, Indictment, Judgment, and docket sheet previously requested by your office.

Please complete the receipt below and return the attached copy of this letter.

Sincerely,

MICHAEL N. MILBY, CLERK

by: _____
      A. Morin, Deputy clerk

cc: AUSA
    USM
    USPO


Received and filed under Criminal Docket No. _____ on this the _____ day
of _____, 2008.

Clerk, U.S. District Court


_____
Deputy Clerk

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (McAllen)
## CRIMINAL DOCKET FOR CASE #: 7:07-cr-01353-1
### Internal Use Only

Case title: USA v. Manjarrez-Escobar
Magistrate judge case number: 7:07-mj-06428

Date Filed: 12/18/2007
Date Terminated: 04/28/2008

Assigned to: Judge Randy Crane

**Defendant (1)**

**Marina Manjarrez-Escobar**
*Unsecured Bond: $40,000*
*TERMINATED: 04/28/2008*

represented by **Nadia S. Medrano**
Federal Public Defender
1701 W Hwy 83
Ste 405
McAllen, TX 78501
956-630-2995
Fax: 956-631-8647
Email: Nadia_Medrano@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Pending Counts**

BRINGING IN AND HARBORING
ALIENS
(1)

**Disposition**

Time served, two (2) years supervised
released term with special condition
participate for four (4) months in home
confinement, $100 special assessment.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

8 USC 1324

**Disposition**

**Plaintiff**

**USA**                                        represented by  **Robert Wells, Jr**
                                                               Asst US Attorney
                                                               1701 W Hwy 83
                                                               Ste 600
                                                               McAllen, TX 78504
                                                               956-618-8010
                                                               Fax: 956-618-8009
                                                               Email: robert.wells@usdoj.gov
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Financial Litigation**
                                                               U S Attorney's Office
                                                               P O Box 61129
                                                               Houston, TX 77208
                                                               713-567-9000
                                                               Fax: 713-718-3391 fax
                                                               *ATTORNEY TO BE NOTICED*
                                                               *Designation: Retained*

                                                               **US Pretrial Svcs-Mc**
                                                               US Pretrial Services
                                                               1701 W Bus Hwy 83
                                                               Ste 1105
                                                               McAllen, TX 78501
                                                               956-618-8153
                                                               Fax: 956-618-8153
                                                               *ATTORNEY TO BE NOTICED*
                                                               *Designation: Retained*

                                                               **US Probation - Mc**
                                                               1701 W Bus Hwy 83
                                                               Ste 729
                                                               McAllen, TX 78501
                                                               956-928-8264 fax
                                                               Fax: 956-928-8264 fax
                                                               *ATTORNEY TO BE NOTICED*
                                                               *Designation: Retained*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 12/01/2007 |   | Arrest of Marina Manjarrez-Escobar, filed. (vvasquez, ) [7:07-mj-06428] (Entered: 12/03/2007) |
| 12/01/2007 | 2 | AO 257 Information Sheet as to Marina Manjarrez-Escobar, filed. (vvasquez, ) [7:07-mj-06428] (Entered: 12/03/2007) |

| 12/03/2007 | | Minute Entry for proceedings held before Judge Peter E. Ormsby : INITIAL APPEARANCE as to Marina Manjarrez-Escobar, (Deft informed of rights) held on 12/3/2007. Defendants requests appointed counsel. Court Grants. Financial Affidavit examined and filed. Court grants Government's request for temporary detention and continuance to prepare for detention hearing....DETENTION HEARING set for 12/4/2007 at 3:00 P.M. before Magistrate Judge Peter E. Ormsby. Preliminary Examination hearing to be held at a later date. Appearances: Michelle Allen-McCoy, AUSA (ERO: Vicky Vasquez)(PSA: Marina Garza) (Interpreter: Woody Lewis/Used) (DUSM: John Allen) Defendants remanded to custody of U.S. Marshal., filed.(caramirez, ) [7:07-mj-06428] (Entered: 12/03/2007) |
| 12/03/2007 | 1 | COMPLAINT as to Marina Manjarrez-Escobar (1), filed. (vvasquez, ) [7:07-mj-06428] (Entered: 12/03/2007) |
| 12/03/2007 | 3 | Sealed Financial Affidavit CJA 23 by Marina Manjarrez-Escobar, filed. [7:07-mj-06428] (Entered: 12/03/2007) |
| 12/03/2007 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Federal Public Defender for Marina Manjarrez-Escobar ( Signed by Judge Peter E. Ormsby ) Parties notified. (vvasquez, ) [7:07-mj-06428] (Entered: 12/03/2007) |
| 12/03/2007 | 5 | ORDER OF TEMPORARY DETENTION PENDING HEARING pursuant to Bail Reform Act as to Marina Manjarrez-Escobar ( Signed by Judge Peter E. Ormsby ) Parties notified. (vvasquez, ) [7:07-mj-06428] (Entered: 12/03/2007) |
| 12/04/2007 | | Minute Entry for proceedings held before Judge Peter E. Ormsby : PRELIMINARY EXAMINATION & DETENTION HEARING as to Marina Manjarrez-Escobar held on 12/4/2007. Defendant, assisted by counsel waives Preliminary Examination Hearing and requests bond be set. Court finds Probable Cause. Government is unopposed to Pretrial Services bond recommendation. Court takes judicial notice of Pre-Trial Report and enters findings. Court GRANTS BOND and sets conditions: $40,000.00 unsecured bond; Pretrial Services supervision; travel restricted to the Northern District of Illinois except for court appearances and attorney consultation in the Southern District of Texas; No travel into Mexico; seek/maintain employment; standard conditions;. Appearances: Carolyn Ferko, AUSA; Nadia Saenz, AFPD (ERO: Candy Jones)(PSA: Braulio Carvajal)(Interpreter: Woody Lewis/Used)(DUSM: Javier Farias) Defendant remanded to custody of U.S. Marshal., filed.(caramirez, ) [7:07-mj-06428] (Entered: 12/04/2007) |
| 12/04/2007 | 6 | UNSECURED Bond Entered as to Marina Manjarrez-Escobar in amount of $ 40,000,, filed. (vvasquez, ) [7:07-mj-06428] (Entered: 12/05/2007) |
| 12/18/2007 | 7 | INDICTMENT (The original indictment with the signature of the grand jury foreperson is on file under seal with the clerk) as to Marina Manjarrez-Escobar (1) count(s) 1, filed. (shenry, ) (Entered: 12/26/2007) |
| 12/18/2007 | 8 | US Attys Criminal Docket Sheet as to Marina Manjarrez-Escobar, filed. (shenry, ) (Entered: 12/26/2007) |

| 12/28/2007 | 9 | NOTICE OF SETTING as to Marina Manjarrez-Escobar. Arraignment set for 12/28/2007 at 09:25 AM before Magistrate Judge Dorina Ramos, filed. (lcorbett, ) (Entered: 12/28/2007) |
|---|---|---|
| 12/28/2007 | | Minute Entry for proceedings held before Judge Dorina Ramos : ARRAIGNMENT as to Marina Manjarrez-Escobar (1) Count 1 held on 12/28/2007. Not Guilty on Count 1. Scheduling Order dates issued to parties; orally and photocopy. Deft continued on present bond. Carolyn Ferko, AUSA; Nadia Saenz, AFPD.(ERO: Vicky Vasquez)(Interpreter: Woody Lewis/Used)., filed.(lcorbett, ) (Entered: 12/28/2007) |
| 12/28/2007 | 10 | SCHEDULING ORDER as to Marina Manjarrez-Escobar. Dispositive Motion Filing due by 1/7/2008 Responses due by 1/25/2008 Pretrial Conference set for 2/1/2008 at 09:30 AM before Judge Randy Crane Jury Selection set for 2/5/2008 at 09:30AM before Judge Randy Crane Deadline for Motions for Continuance: 1/18/2008( Signed by Judge Dorina Ramos ) Parties notified. (shenry, ) (Entered: 12/28/2007) |
| 02/01/2008 | 11 | ORDER for Presentence Investigation and Disclosure & Sentencing Dates as to Marina Manjarrez-Escobar. PSI Completion due by 3/24/2008 Objection to PSI due by 4/7/2008 Final PSI due by 4/21/2008 Sentencing set for 4/28/2008 at 02:00 PM before Judge Randy Crane( Signed by Judge Randy Crane ) Parties notified. (shenry, ) (Entered: 02/04/2008) |
| 02/01/2008 | 12 | PLEA AGREEMENT as to Marina Manjarrez-Escobar, filed. (amorin, ) (Entered: 02/05/2008) |
| 04/07/2008 | 13 | Statement of No Objections to PSR (Sealed) by Marina Manjarrez-Escobar, filed. (Entered: 04/07/2008) |
| 04/18/2008 | 14 | Final Presentence Investigation Report (Sealed) as to Marina Manjarrez-Escobar, filed. (klopez, ) (Entered: 04/18/2008) |
| 04/18/2008 | 15 | Confidential Sentencing Recommendation(Sealed) regarding Marina Manjarrez-Escobar, filed. (klopez, ) (Entered: 04/18/2008) |
| 04/18/2008 | 16 | Sealed Addendum to 14 Final Presentence Investigation Report (Sealed) as to Marina Manjarrez-Escobar, filed. (klopez, ) (Entered: 04/18/2008) |
| 04/28/2008 | | Minute Entry for proceedings held before Judge Randy Crane: Sentencing held on 4/28/2008 for Marina Manjarrez-Escobar (1). The Court addressed counsel and made its findings. [TOL=10, CHC=I, GRS=6-12 months, Zone B] Sentence Count(s) 1: Time served, two (2) years supervised released term with special condition participate for four (4) months in home confinement, $100 special assessment. The Court advised the defendant of her right to appeal., Marina Manjarrez-Escobar terminated. Appearances: Nadia S. Medrano, US Probation - Mc.(ERO:Richard Cortez [2:05-2:11]) (Interpreter:Elena Medrano-used) Deft continued on bond., filed.(lcervantes) (Entered: 04/29/2008) |
| 05/01/2008 | 17 | JUDGMENT as to Marina Manjarrez-Escobar (Signed by Judge Randy Crane) Parties notified. (eleandro, ) (Entered: 05/02/2008) |
| 05/01/2008 | 18 | Statement of Reasons (Sealed) as to Marina Manjarrez-Escobar, filed. |

| | | |
|---|---|---|
| | | (Entered: 05/02/2008) |
| 05/05/2008 | 19 | MOTION for Release of U.S. Passport by Marina Manjarrez-Escobar, filed. (Attachments: # 1 Proposed Order)(Medrano, Nadia) (Entered: 05/05/2008) |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

United States District Court
Southern District of Texas
FILED

GJ _12_        DEC 1 8 2007

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | § | | |
| | § | | |
| **v.** | § | **Criminal No.** | M- 07 - 1 3 5 3 |
| | § | | |
| **MARINA MANJARREZ-ESCOBAR** | § | | |

Michael N. Milby, Clerk of Court

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about December 1, 2007, in the Southern District of Texas and within the jurisdiction of the Court, defendant

**MARINA MANJARREZ-ESCOBAR**

knowing and in reckless disregard of the fact that J.P.V.M.,a minor child, was an alien who had come to, entered and remained in the United States in violation of law, did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors to knowingly transport, move, attempt to transport, and attempt to move said alien within the United States in furtherance of such violation of law, that is, from a location near Progreso, Texas to another location near Melrose Park, Illinois by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), and 1324(a)(1)(B)(i).

A TRUE BILL

FOREPERSON

DONALD J. DeGABRIELLE, JR.
UNITED STATES ATTORNEY

Robert Wells, Jr.
ASSISTANT UNITED STATES ATTORNEY

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk
By
Deputy Clerk

AO 245B  (Rev. 08/05) Judgment in a Criminal Case
Sheet 1
Case 1:08-cr-00492   Document 2   Filed 07/16/2008   Page 9 of 14

# UNITED STATES DISTRICT COURT
## Southern District of Texas
### Holding Session in McAllen

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| **v.** | |
| **MARINA MANJARREZ-ESCOBAR** | |

CASE NUMBER: **7:07CR01353-001**

USM NUMBER: 85467-179

Nadia Medrano, AFPD
Defendant's Attorney

☐ See Additional Aliases.

**THE DEFENDANT:**

☒ pleaded guilty to count(s)   1 of a single-count Indictment on February 1, 2008.

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i) | Conspiracy to transport an alien within the U.S. | 12/01/2007 | 1 |

☐ See Additional Counts of Conviction.

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

April 28, 2008
Date of Imposition of Judgment

*Randy Crane* (signature)
Signature of Judge

**RANDY CRANE**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

May 1, 2008
Date

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By _____
Deputy Clerk

Judgment -- Page 2 of 6

DEFENDANT:   **MARINA MANJARREZ-ESCOBAR**
CASE NUMBER:   **7:07CR01353-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of _____ 4 days (time served) _____.

☐   See Additional Imprisonment Terms.

☐   The court makes the following recommendations to the Bureau of Prisons:

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:
    ☐   by _____ ☐ a.m. ☐ p.m.   on _____ .
    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐   before 2 p.m. on _____ .
    ☐   as notified by the United States Marshal.
    ☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By   _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 08/05) Judgment in a Criminal Case    cr-00492    Document 2    Filed 07/16/2008    Page 11 of 14
          Sheet 3 -- Supervised Release

Judgment -- Page 3 of 6

DEFENDANT:  **MARINA MANJARREZ-ESCOBAR**
CASE NUMBER:  **7:07CR01353-001**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:  2 years.

☐   See Additional Supervised Release Terms.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. *(for offenses committed on or after September 13, 1994)*

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☒   The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

☒   See Special Conditions of Supervision.

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)   the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)   as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 08/05) Judgment in a Criminal Case 00492    Document 2    Filed 07/16/2008    Page 12 of 14
Sheet 3C -- Supervised Release

Judgment -- Page 4 of 6

DEFENDANT:   **MARINA MANJARREZ-ESCOBAR**
CASE NUMBER:   **7:07CR01353-001**

# SPECIAL CONDITIONS OF SUPERVISION

The defendant is restricted to her place of residence continuously, except for absences authorized by the probation officer, for a period of four (4) months beginning upon release from confinement or at a time to be determined by the probation officer. The probation officer may approve absences for gainful employment, religious services, medical care, education or training programs, and at other times as may be specifically authorized by the probation officer. Electronic monitoring may be used to monitor compliance with this condition; however, alternative means of surveillance may be used that will ensure compliance with this special condition. If electronic monitoring is used, the defendant will incur costs associated with such monitoring, based on ability to pay as determined by the probation officer.

AO 245B    (Rev. 08/05) Judgment in a Criminal Case
Sheet 5 -- Criminal Monetary Penalties    Document 2    Filed 07/16/2008    Page 13 of 14

Judgment -- Page 5 of 6

DEFENDANT: **MARINA MANJARREZ-ESCOBAR**
CASE NUMBER: **7:07CR01353-001**

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $100 | | |

☐   See Additional Terms for Criminal Monetary Penalties.

☐   The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal payees must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentag** |
|---|---|---|---|
| | | | |

☐   See Additional Restitution Payees.

| **TOTALS** | $    0.00 | $    0.00 |
|---|---|---|

☐   Restitution amount ordered pursuant to plea agreement $ _____

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

     ☐   the interest requirement is waived for the ☐ fine    ☐ restitution.

     ☐   the interest requirement for the ☐ fine    ☐ restitution is modified as follows:

☐   Based on the Government's motion, the Court finds that reasonable efforts to collect the special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Judgment -- Page 6 of 6

DEFENDANT:   **MARINA MANJARREZ-ESCOBAR**
CASE NUMBER:   **7:07CR01353-001**

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A  ☒  Lump sum payment of $   100           due immediately, balance due

     ☐  not later than _____ , or
     ☒  in accordance with ☐ C, ☐ D, ☐  E, or ☒ F below; or

B  ☐  Payment to begin immediately (may be combined with ☐ C,      ☐ D, or ☐ F below); or

C  ☐  Payment in equal _____ installments of $ _____ over a period of_____ , to commence _____ days
     after the date of this judgment; or

D  ☐  Payment in equal _____ installments of $ _____ over a period of_____ , to commence _____ days
     after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ days after release from imprisonment. The court
     will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☒  Special instructions regarding the payment of criminal monetary penalties:
     Make all payments payable to: U.S. District Clerk, Attn: Finance, P.O. Box 5059, McAllen, TX 78502.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

**Case Number**
**Defendant and Co-Defendant Names**
**(including defendant number)**                    **Total Amount**    **Joint and Several**    **Corresponding Payee,**
                                                                        **Amount**               **if appropriate**

☐  See Additional Defendants and Co-Defendants Held Joint and Several.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

☐  See Additional Forfeited Property.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.